IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FOUNDATION FOR ELDERCARE**, *et al.*, *Plaintiffs* | : : : : | **CIVIL ACTION** |
| v. | : : | No. 20-2190 |
| **ROCCO J. CRESCENZO**, *Defendant* | : : | |

## ORDER

**AND NOW**, this 25th day of February, 2021, upon consideration of the Complaint (Doc. No. 1), Defendant's Motion to Dismiss (Doc. No. 12), and Plaintiffs' Response in Opposition to the Motion to Dismiss (Doc. No. 16), it is **ORDERED** that:

1. Defendant's Motion (Doc. No. 12) is **GRANTED WITHOUT PREJUDICE**.

2. Plaintiffs are **GRANTED** leave to file an amended complaint within 21 days of entry of this Order.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1