IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FOUNDATION FOR ELDERCARE** *et al.*, *Plaintiffs* | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **ROCCO J. CRESCENZO**, *Defendant* | : : | **No. 20-2190** |

### ORDER

**AND NOW**, this  14th  day of July, 2021, upon consideration of the Amended Complaint (Doc. No. 26), Defendant's Motion to Dismiss (Doc. No. 28), and Plaintiffs' Response in Opposition to the Motion to Dismiss (Doc. No. 31), it is **ORDERED** that Defendant's Motion (Doc. No. 28) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1