IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FOUNDATION FOR ELDERCARE *et al.*, *Plaintiffs* | : : : : | CIVIL ACTION |
| v. | : : | |
| ROCCO J. CRESCENZO, *Defendant* | : : : | No. 20-2190 |

### ORDER

AND NOW, this 5th day of April, 2023, and for the reasons set forth in the accompanying Memorandum, the Court has determined that Judgment is to be entered in favor of Dr. Crescenzo on all of Plaintiffs' claims and in in favor of Plaintiffs on all of Dr. Crescenzo's counterclaims. The Clerk of Court is further **DIRECTED** to mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1